UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN VICTOR BARNES,<br><br>  Petitioner,<br><br>  v.<br><br>SHERIFF DAVID O. LIVINGSTON,<br><br>  Respondent. | Case No. 22-cv-02958-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this petition for a writ of habeas corpus and DENIED a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  8/29/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge